**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| VICKI WILSON,            ) | |
| )| |
| Plaintiff,        ) | |
| )| |
| v.                       ) | |
| )| CIVIL ACTION NO. 1:18-cv-551-JD |
| CALAMAR MANAGEMENT GROUP, LLC   ) | |
| )| |
| Defendant.       ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED.R.CIV.P.41(a)**

NOW COME the parties, through counsel, and hereby stipulate to the dismissal of the above-captioned action, with prejudice, and without costs pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, the parties respectfully request that the Court:

A.      Dismiss this action with prejudice and without costs; and

B.      Grant such further relief as is just and equitable.

Respectfully submitted,

VICKI WILSON

By her attorneys,

Dated: November 15, 2019

*/s/ John P. Sherman*
John P. Sherman (#12536)
SHERMAN LAW, PLLC
111 Bow Street, Unit #2
Portsmouth, NH  03801
(603) 570-4837
jsherman@johnshermanlaw.com

1

Respectfully Submitted,

CALAMAR MANAGEMENT GROUP LLC

By its attorney,

Dated: November 15, 2019

/s/ *Kathleen A. Davidson*
Kathleen A. Davidson (#19535)
Hage Hodes, Professional Association
1855 Elm Street
Manchester, NH 03104
(603) 668-2222
KDavidson@hagehodes.com